UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ALLEN EDMONDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE JOHN STEWARD COMPANY, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-0248 DJC DB PS<br><br><br>ORDER |

　　　　Plaintiff is proceeding in this action pro se.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On March 31, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The time for filling objections has expired, and Plaintiff has not filed any objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 31, 2023 (ECF No. 7) are adopted in full; and

2. This action is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   **June 16, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

\edmonds0248.jo